United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIANE STEELE,

        Plaintiff,

  v.

CAROLYN W. COLVIN, Commissioner of Social Security Administration

        Defendant.
_____/

No. C-14-4803 MMC

**ORDER DIRECTING PLAINTIFF TO INFORM COURT WHETHER SHE CONSENTS TO MAGISTRATE JUDGE FOR ALL PURPOSES**

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment.  See Civil L.R. 73-1(b).

On November 24, 2014, defendant consented to have a magistrate judge conduct all further proceedings in the instant action.  Accordingly, plaintiff is hereby DIRECTED to advise the Court, no later than December 19, 2014, as to whether she consents to have a magistrate judge conduct all further proceedings in the instant action.[1]  For plaintiff's convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

**IT IS SO ORDERED.**

Dated: December 1, 2014

                                                MAXINE M. CHESNEY
                                                United States District Judge

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference.  Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.