**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE STEELE, | No. C-14-4803 MMC |
|     Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL FURTHER PROCEEDINGS UPON CONSENT** |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration | |
|     Defendant. | |

All remaining parties having consented to assignment of the above-titled matter to a United States Magistrate Judge (see Doc. Nos. 7, 9), the above-titled action is hereby REFERRED to a magistrate judge for all further proceedings and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636(c).

**IT IS SO ORDERED.**

Dated: December 10, 2014

                                                MAXINE M. CHESNEY
                                                United States District Judge