1  ROBERT P. CAPISTRANO, State Bar No. 70382
2  VANESSA O. LEONARDO, State Bar No. 258013
   BAY AREA LEGAL AID
3  1025 MacDonald Ave.
   Richmond, CA 94801
4  bcapistrano@baylegal.org
5  vleonardo@baylegal.org
   Phone:  (510) 233-9954
6  Fax:      (510) 236-6846

7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIANE STEELE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. 4:14-cv-04803-KAW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND** |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have a first extension of time of 30 days to file her motion for summary judgment or remand.  The new due date will be April 6, 2015.

　　　　This is the first continuance sought by Plaintiff. Plaintiff's attorneys filed their substitution of attorney on March 6, 2015. Plaintiff's attorneys received the 561-page administrative record only a few days ago and requests additional time to fully review the administrative record.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |

Date: *March 6, 2015*     BAY AREA LEGAL AID

By:  */s/ Vanessa O. Leonardo*
VANESSA O. LEONARDO
Attorney for Plaintiff

Date: *March 6, 2015*     MELINDA HAAG
United States Attorney

By:  */s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
*By e-mail authorization on March 6, 2015*
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: 3/9/15

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE