UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE STEELE,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN COLVIN,<br>　　　　Defendant. | Case No. 14-cv-04803-KAW<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. No. 23 |

PLEASE TAKE NOTICE that the chambers copy of Plaintiff's Request for Judicial Notice in Support of Plaintiff's Motion for Summary Judgment was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☒ is too thick to permit secure fastening with a staple, and instead requires a brad-type fastener;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or
- ☐ is not usable for another reason –

The paper used for the above-described chambers copy has been recycled by the court. Plaintiff shall submit a chambers copy in a format that is usable by the court no later than April 21, 2015.

IT IS SO ORDERED.

Dated: April 14, 2015

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge