UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE STEELE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br><br>    Defendant. | Case No. 14-cv-04803-KAW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AUGMENT THE ADMINISTRATIVE RECORD AS UNOPPOSED**<br><br>Re: Dkt. No. 22 |

On April 6, 2015, Plaintiff Diane Steele filed a motion to augment the administrative record in support of her motion for summary judgment. Specifically, Plaintiff seeks to include letters regarding consultative examiner Dr. Frank Chen's discipline and subsequent removal from the consultative examiner panel for inadequate reports. (Pl.'s Mot., Dkt. No. 22 at 5.) Plaintiff contends that the ALJ heavily relied on Dr. Chen's medical opinion in finding that Plaintiff was not disabled. *Id.*

Defendant's opposition was due on April 20, 2015, but no opposition was filed. Accordingly, the motion is GRANTED as unopposed. *See* Judge Westmore's General Standing Order ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion").

Additionally, in light of Dr. Chen's discipline prior to and following Plaintiff's medical examination, the parties are ordered to meet and confer to discuss whether Plaintiff's case should be remanded for further proceedings, including another consultative examination.

IT IS SO ORDERED.

Dated: April 21, 2015

                                                                  KANDIS A. WESTMORE<br>
                                                                   United States Magistrate Judge