MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: 415-977-8982
    Facsimile: 415-744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DIANE STEELE,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 4:14-cv-04803-KAW<br><br>JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [~~PROPOSED~~] ORDER |

    Subject to the approval of the Court, the parties hereby stipulate to Defendant's voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will instruct the ALJ to obtain additional evidence concerning Plaintiff's impairments in order to complete the administrative record in accordance with the regulatory standards regarding consultative examinations and existing medical evidence. The additional evidence shall include a consultative physical examination and medical source

Joint Stipulation to Voluntary Remand, No. 4:14-cv-04803-KAW

statement about what Plaintiff can still do despite her impairments. The ALJ will then hold a hearing and issue a new decision considering all medical source opinions of record.

Date: *April 29, 2015*                               */s/ Vanessa Ona Leonardo*
                                                     VANESSA ONA LEONARDO
                                                     Attorney for Plaintiff

Date: *April 29, 2015*                               MELINDA L. HAAG
                                                     United States Attorney
                                                     DONNA L. CALVERT
                                                     Regional Chief Counsel, Region IX

                                                     /s/ *Timothy R. Bolin*
                                                     TIMOTHY R. BOLIN
                                                     Special Assistant United States Attorney
                                                     Attorneys for Defendant

THE COURT APPROVES THE FOREGOING STIPULATION AND SO ORDERS.

Date: 5/1/15                                         _____
                                                     HON. KANDIS A. WESTMORE
                                                     United States Magistrate Judge

Joint Stipulation to Voluntary Remand, No. 4:14-cv-04803-KAW